**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of H. B., T. B. and C. B.

Appellate case number:   01-11-00044-CV

Trial court case number: 2010-01752J

Trial court:             313th District Court of Harris County

On December 29, 2010, the trial court entered a judgment in this case terminating the parent-child relationship between appellant, Sherri Tomlinson, and the minor children who are the subject of this case.[1]  Appellant timely appealed and filed a motion for new trial.  The trial court granted the motion for new trial on January 27, 2011.  Appellee, the Texas Department of Family and Protective Services, filed a motion to dismiss the appeal as moot on February 18, 2011.

On March 8, 2011, the trial court entered a second judgment in this case, once again terminating appellant's parent-child relationship with the children.  Appellant filed, on March 17, 2011, a second notice of appeal, challenging the trial court's March 8, 2011 judgment.  This second notice of appeal was not filed with or forwarded to this Court.

Also on March 17, 2011, appellant filed with this Court a letter stating that she had no opposition to the motion to dismiss the appeal as moot.

The Court granted the motion and dismissed the appeal on March 31, 2011, without having received notice that a second notice of appeal had been filed.

On June 27, 2011, this Court's mandate issued, dismissing the appeal from the judgment signed by the trial court on December 29, 2010.

On May 14, 2012, the Texas Department of Family and Protective Services filed a "Motion to Recall and Correct the Mandate or for Clarification," informing the Court for the first time that a second judgment had been rendered and that a second notice of appeal had been filed.  On August 16, 2012, a "Supplement to Motion to Recall and Correct Mandate or for Clarification" was filed.  In both the motion and the supplement, the Department asks this Court

---

[1]     A separate judgment was rendered in trial court cause number 2010-07520J, terminating appellant's parent-child relationship with another child, A.C.  The appeal from that judgment is pending in cause number 01-12-00223-CV.

to recall the mandate and issue a new mandate showing that the judgment dismissed the appeals from both the December 2010 and March 2011 judgments, not just the December 2010 judgment. *See* TEX. R. APP. P. 18.7, 19.3(a), (b). The motion and supplement alternatively request that this Court clarify whether the mandate dismissed both appeals or only the appeal from the December 2010 judgment. *See id.*

Finally, on September 25, 2012, the trial court clerk forwarded a copy of appellant's March 17, 2011 notice of appeal to this Court.

This Court's June 27, 2011 mandate clearly states that the Court, in its March 31, 2011 judgment, dismissed the appeal "from the final judgment signed by the trial court on December 29, 2010." Because this Court had no record of the trial court's March 8, 2011 judgment or appellant's March 17, 2011 notice of appeal, this Court could not have dismissed appellant's appeal from the second judgment. Therefore, there is no clerical error in the Court's judgment or opinion to correct. *See* TEX. R. APP. P. 19.3(a). Further, the Court has no jurisdiction to vacate or modify its judgment more than one year after the mandate issued. *See* TEX. R. APP. P. 19.1, 19.3. There is no basis upon which to recall the Court's mandate. *See* TEX. R. APP. P. 18.7, 19.3(b). Accordingly, the motions are DENIED.

The Clerk of this Court is ORDERED to docket the March 17, 2011 notice of appeal, filed with this Court on September 25, 2012, as a new appeal with a new cause number.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                    ☑ Acting individually    ☐ Acting for the Court


Date: November 28, 2012